

No. 09–0079/AR.  U.S. v. James T. Murphy.  CCA 19872873.  Review granted on the following issue:

> WHETHER THE SPECIFICATION OF CHARGE II AND THE SPECIFICATION OF ADDITIONAL CHARGE II FAIL TO STATE AN OFFENSE UNDER THE SUPREME COURT'S HOLDING IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUSSELL v. UNITED STATES* AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2001).

No briefs will be filed under Rule 25.*

---

\* BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240-47 (C.A.A.F. 2011).